**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SABREENA ZAAS,

        Plaintiff,

    vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:25-cv-01167-GSA

ORDER GRANTING EXTENSION IN PART

Defendant seeks an extension to respond to Plaintiff's Motion for Summary Judgment by (30) days from February 4, 2026, up to and including March 6, 2026. Defendant explains that counsel was recently reassigned this matter and has competing obligations in other cases.

However, this would hinder the Court's ability to manage its docket. An extension of less time seems more appropriate.

Accordingly, it is **ORDERED** that Defendant's response deadline is extended to and including February 17, 2026.

IT IS SO ORDERED.

Dated: __**January 29, 2026**__          __**/s/ Gary S. Austin**__
                                           UNITED STATES MAGISTRATE JUDGE

1