ERIC GRANT
United States Attorney
MATTHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4846
        Facsimile: (415) 744-0134
        Email: sathya.oum@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABREENA ZAAS, | No. 1:25-cv-01167-GSA |
| Plaintiff, | **STIPULATION TO VOLUNTARY** |
| | **REMAND PURSUANT TO** |
| v. | **SENTENCE FOUR OF 42 U.S.C.** |
| | **§ 405(g) AND TO ENTRY OF** |
| FRANK BISIGNANO, | **JUDGMENT; PROPOSED ORDER** |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record.

Stip. to Remand; 1:25-CV-01167-GSA

-1-

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 13, 2026                    Law Offices of Francesco Benavides

                                        By:    */s/ \* Paul Sachelari*
                                               PAUL SACHELARI
                                               *\* Authorized via email on February 11, 2026*
                                               Attorney for Plaintiff

Dated: February 13, 2026                    ERIC GRANT
                                            United States Attorney

                                        By:    */s/ Sathya Oum*
                                               Special Assistant United States Attorney
                                               Attorneys for Defendant


**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.


IT IS SO ORDERED.

  Dated:   **February 13, 2026**                    **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE


Stip. to Remand; 1:25-CV-01167-GSA