UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sabreena Zaas, | No.  1:25-cv-01167-GSA |
| Plaintiff, | **ORDER GRANTING EAJA FEES** |
| v. | |
| Commissioner of Social Security, | |
| Defendants. | (ECF No. 21) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (ECF No. 21), IT IS **ORDERED** that fees and expenses in the amount of $11,000.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation (ECF No. 21).

IT IS SO ORDERED.

Dated:    **March 12, 2026**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1